# EXHIBIT 2

*Incident Report*

Ent: rdowns 06/14/2024 02:23:11
EC5 06/10/2024-13:48:15

# GREENVILLE COUNTY SHERIFF'S OFFICE
## Incident Report

**Agency I.D.** SC0230000   **RTA** [X]   90CC, 90NC,
**Case Number:** 24000094126
**Adult/Juv:**

### EVENT

| Incident Type | Offense Completed | Forced Entry | Premise Type | Units Entered | Type Victim |
|---|---|---|---|---|---|
| M017 - Disorderly Conduct (RTA) | Y | N | 7 - Convenience Store/Gas Station; 13 - Highway/Road/Alley | 0 | [X] Soc / Public |
| M093 - Resisting Arrest | Y | N | 7 - Convenience Store/Gas Station | 0 | |

**Incident Location:** 419 MAULDIN Rd GREENVILLE SC (BP Fuel on Mauldin Rd)
**Closest Intersection:**
**ZipCode:** 29605

**Incident Date:** 06/07/2024   **Time:** 21:07   **To Date:** 06/07/2024   **Time:** 22:31
**Weapon Type:** 99   **Time Arrived:** 21:07   **Time Completed:** 22:31   **Patrol District:** 05A

**Complainants Name:** Torres, A.
**Resident:** S   **Race:** W   **Sex:** F   **Age:** 30 to 35
**Primary Phone:** (864) 271-5210
**Address:** 4 McGee St   **City:** Greenville   **State:** SC   **Zip:** 29601   **Patrol District:** CJ11

### VICTIM

**Victim's Name:** State of South Carolina

**Visible Injury (Vict 1):** [X] No   **Complaint of any Non-Visible Injuries:** [X] No

**Victim (No.1) Using Alcohol:** [ ] Yes [ ] No [ ] Unk   **Drugs:** [ ] Yes [ ] No [ ] Unk   Type:

**Two-Man Veh** [ ]   **One Man Veh** [ ]   **Detective/SPLASMT** [ ]   **Other** [ ]   **ALONE** [ ]   **ASSISTED** [ ]   **Jurisdiction:** -

### SUBJECT

[X] Suspect   **Subject's Name:** Smith, James Christopher
[ ] Runaway
[ ] Wanted
[ ] Warrant
[X] Arrest
[ ] Missing

**Ethnicity:** N   **Race:** B   **Sex:** M   **Age:** 48   **Height:** 511   **Weight:** 180   **Hair:** Blk   **Eyes:** Bro
**SSN:** UNK

**Facial Hair, Scars, Tattoos, Glasses, Clothing, Physical, Peculiarities, Etc.:** BUILD: Medium / Average, HAIRSTYLE: Afro
**City:** Greenville   **State:** SC   **Zip Code:** 29605   **Patrol District:** 06

**Subject (No. 1) Using Alcohol:** [ ] Yes [ ] No [X] Unk   **Drugs:** [ ] Yes [ ] No [X] Unk
**Arrested Near Offense Scene:** [X] Yes   **Total Arrested:** 1
**Date/Time of Offense:** 06/07/2024 21:07   **Date of Arrest:** 06/08/2024

**Arrestee Armed:** [ ] Yes [X] No   **Weapon Type:**
[X] Arrested on Current Offense   [ ] Cleared By Arrest on Prior Offense
**Juvenile Disposition:** [ ] Handled Released  [ ] Referred To Other Authority
[X] On View Arrest   [ ] Summoned   [ ] Custody

| Charge | Warrant Number | Ticket Number |
|---|---|---|
| Disorderly Conduct | | 20241100438214 |
| Resisting Arrest | 2024A2330205368 | |

**Arrest Location:** 419 MAULDIN Rd GREENVILLE 29605   **Gang Affiliation:** NG - Not Gang Related

### NARRATIVE

I arrived at the incident location in response to a Suspicious Person

### VEHICLE

**Jurisdiction of Theft:**   **Jurisdiction of Recovery:**
[ ] Towed [ ] Stolen [ ] Recovered [ ] Suspect [ ] Victim   Tag Only [ ]

### PROPERTY

| Status | Property Type | Quantity | Property Make | Color | Description | Serial # / OAN | Value |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

### ADMIN

**Subject Identified:** [X] Yes [ ] No   **Subject Located:** [X] Yes [ ] No
[ ] Active   [ ] Admin Closed   [ ] Arrested Under 18   [ ] Ex-Cleared Under 18
[ ] Unfounded   [X] Arrested 18 and Over   [ ] Ex-Cleared 18 and Over

**Reason For Exceptional Clearance:** [ ] Offender Death [ ] No Prosecution [ ] Victim Declines Cooperation [ ] Extradition Denied [ ] Juvenile No Arrest

| Reporting Officer(s) | Date | Unit#/Star# | Approving Officer | Date | Unit#/Star# |
|---|---|---|---|---|---|
| TORRES, ALEXIS | 06/07/2024 | C35 / 02203 | LOVELESS, JOSEPH | 06/10/2024 | C03 / 01250 |

**Follow Up Investigation:** [ ] Yes [X] No

0001

# GREENVILLE COUNTY SHERIFF'S OFFICE
## Supplemental Report

| | | |
|---|---|---|
| Agency I.D. SC0230000 | EC5 06/10/2024-13:48:15 | Ent: rdowns 06/14/2024 02:23:11 |
| Case Number | 24000094126 | |

- [ ] Original Report
- [ ] Status Change
- [ ] Additional Victims
- [ ] Additional Stolen Property
- [x] Supplemental Report
- [ ] Other Report
- [ ] Additional Defendants
- [ ] Additional Recovered Property

Incident Type: M017 - Disorderly Conduct (RTA)
Patrol District: 05A    Page 1 of 3 Pages

**Overflow:**
Show of Force: NO
Terrorist Affiliation: Not Terrorist related
Hate Group Affiliation: Not Hate Group related
Latitude: 34.801832  Longitude: -82.371532
------------------------------------------------
Smith, James Christopher:Subject 1
Subject Types: Suspect, Arrest

Physical Description
HAIRLENGTH:Shaved,
CHARGE: Disorderly Conduct TICKET #: 20241100438214 BOND AMOUNT: Jail ,
CHARGE: Resisting Arrest WARRANT #: 2024A2330205368 BOND AMOUNT: Jail
DL STATE/NUMBER: SC/0007239544 DOB: 01/20/1976

**Narrative:**
On June 7, 2024, I was patrolling my assigned beat area when I overheard on the radio Deputies were getting out with a stolen vehicle at 419 Mauldin Road. I noticed that I was in the area where the Deputies called out the Traffic Stop, so I headed to the location to help assist Deputies. Upon arrival, I noticed three (3) Subjects in handcuffs, so I asked the Master Deputy if they needed any help. I was advised to assist with the call because the deputies were transporting the driver (ref: case number 24-094095).

While investigating the incident, Subject James Christopher Smith was placed into the back of Deputy Fenner's patrol vehicle. Once Smith was verified that he didn't have any active warrants, he was released from the back of the patrol vehicle. When Deputy Fenner was taking the handcuffs off Smith he became upset, stating Deputies had no right placing him into a patrol vehicle while being handcuffed. Deputies explained to Smith that the vehicle he was traveling in was stolen. Smith stated the vehicle wasn't stolen, that he was just stopped by Greenville City prior, and that "this is fucking bullshit". Deputies advised Smith that he was free to leave, but he could not take the vehicle. Smith stated that he was taking the vehicle because the owner of the vehicle had stated that he could use it. Smith then began calling the vehicle owner, via cell phone, stating he was going to take the vehicle to her and that he was not walking.

Deputy Fenner, Master Deputy Woodall, and I went back to Master Deputy Woodall's patrol

| | | |
|---|---|---|
| Subject Identified: [x] Yes [ ] No | Subject Located: [x] Yes [ ] No | [ ] Active  [ ] Admin Closed  [ ] Unfounded |
| | | [ ] Arrested Under 18  [x] Arrested 18 and Over |
| | | [ ] Ex-Cleared Under 18  [ ] Ex-Cleared 18 and Over |

Reason For Exceptional Clearance: [ ] Offender Death [ ] No Prosecution [ ] Victim Declines Cooperation [ ] Extradition Denied [ ] Juvenile No Arrest

| Reporting Officer(s) | Date | Unit#/Star# | Approving Officer | Date | Unit#/Star# |
|---|---|---|---|---|---|
| TORRES, ALEXIS | 06/07/2024 | C35 / 02203 | LOVELESS, JOSEPH | 06/10/2024 | C03 / 01250 |

Follow Up Investigation: [ ] Yes [x] No (Officer)

# GREENVILLE COUNTY SHERIFF'S OFFICE
## Supplemental Report

**Agency I.D.:** SC0230000  EC5 06/10/2024-13:48:15
**Ent:** rdowns 06/14/2024 02:23:11
**Case Number:** 24000094126

- [ ] Original Report
- [ ] Status Change
- [ ] Additional Victims
- [ ] Additional Stolen Property
- [x] Supplemental Report
- [ ] Other Report
- [ ] Additional Defendants
- [ ] Additional Recovered Property

**Incident Type:** M017 - Disorderly Conduct (RTA)
**Patrol District:** 05A    **Page** 2 **of** 3 **Pages**

### I.D. OVERFLOW
- [ ] Complainant
- [ ] Victim
- [ ] Subject
- [ ] Runaway
- [ ] Wanted
- [ ] Arrest
- [ ] Missing
- [ ] Jail
- [ ] Other

Subject's Name, Address, City, State, Zip Code, Patrol District, Day Phone, Evening Phone, Victim Relationship To Subject, Ethnicity, Resident, Race, Sex, Age, Date of Birth, Height, Weight, Hair, Eyes, Facial Hair, Scars, Tattoos, Glasses, Clothing, Physical, Peculiarities, Etc.

Victim No. ___  Visible Injury [ ] Yes [ ] No  Complaint of Non-Visible Injuries [ ] Yes [ ] No  Victim Using Alcohol [ ] No [ ] Yes [ ] Unk  Drugs [ ] No [ ] Yes  Type:___
Two-Man Veh [ ]  One Man Veh [ ]  ALONE [ ]  Detective [ ]  Other [ ]  ASSISTED [ ]

Subject No. ___  Using Alcohol [ ] No [ ] Yes [ ] Unk  Using Drugs [ ] No [ ] Yes [ ] Unk  Type:___
[ ] Arrested on Current Offense
[ ] Cleared By Arrest on Prior Offense

**Arrestee Armed:** [ ] Yes [ ] No    **Weapon Type:**
[ ] On View Arrest  [ ] Summoned  [ ] Custody

**Juvenile Disposition:** [ ] Handled Released  [ ] Referred To Other Authority

**Arrest Location:**

### NARRATIVE

vehicle to notify the vehicle owner that her vehicle had been recovered. While Master Deputy Woodall was notifying the Victim of the vehicle that was stolen, Smith came over towards Deputies, putting his phone in the Deputies' faces in a hostile matter and demanding Deputies speak with "Ms. Patty". Smith was asked to step back and not to place his cell phone in Deputies faces, that Master Deputy Woodall is currently on the phone with her. Smith continued to yell at Deputies, stating that he had "Ms. Patty" on the phone and that he wanted the keys to the vehicle so he could leave. Smith was advised that the loud matter was causing issues with hearing the Victim, identified as Patricia Carole Robert. Smith then walked back to the vehicle and continued to yell, stating this whole incident was "bullshit".

Master Deputy Woodall advised Deputy Fenner to head to Patricia's residence to pick her up to recover her vehicle. When Deputy Fenner left, Master Deputy Woodall and I went to speak to Smith about what was happening with the vehicle since Smith refused to leave until the Deputies spoke to Patricia. Smith then became argumentative with Deputies, stating he was going to take the vehicle back to "Ms. Patty". Smith was advised that Patricia was going to be picked up by another Deputy and brought back to the scene to take custody of her car. When Deputy Fenner left the scene to pick up Patricia to bring her back, Smith stated, "This is bullshit, this is harassment". Master Deputy Woodall then attempted to explain the policy for stolen vehicles and why they have to be returned to the registered owner. When Master Deputy Woodall was explaining the process, Smith took a step towards him and started using profane language, stating "This is fucking bullshit, I know my fucking laws, now give me the fucking keys so I can leave, this is harassment".

I advised Master Deputy Woodall that I was going to place Smith under arrest for Disorderly Conduct after making multiple attempts to calm Smith down, but Smith continued to use profane language in a public place and cause a disturbance. I advised Smith that if he continued acting out he would be arrested for Disorderly Conduct. Smith placed both hands out in front of him in a taunting manner telling me to do it then. As I took out my handcuffs, Smith shut the vehicle door and took off running around the fuel pumps. Smith ran near one of the gas pumps, yelling at customers, "You all see this right, this is harassment". He then stated "if you touch me we are going to have problems". Smith then picked his shorts up and took a fighting stance. I advised Smith to stop moving and put his hands behind his back. Smith then took off running across the street, stating "Catch me if you can, run Forest run".

### PROPERTY

| Status | Property Type | Quantity | Property Make | Color | Description | Serial # / OAN | Value |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

### ADMIN

**Subject Identified:** [x] Yes [ ] No
**Subject Located:** [x] Yes [ ] No
[ ] Active  [ ] Admin Closed  [ ] Unfounded
[ ] Arrested Under 18  [x] Arrested 18 and Over
[ ] Ex-Cleared Under 18  [ ] Ex-Cleared 18 and Over

**Reason For Exceptional Clearance:** [ ] Offender Death  [ ] No Prosecution  [ ] Victim Declines Cooperation  [ ] Extradition Denied  [ ] Juvenile No Arrest

| Reporting Officer(s) | Date | Unit#/Star# | Approving Officer | Date | Unit#/Star# |
|---|---|---|---|---|---|
| TORRES, ALEXIS | 06/07/2024 | C35 / 02203 | LOVELESS, JOSEPH | 06/10/2024 | C03 / 01250 |

**Follow Up Investigation:** [ ] Yes [x] No (Officer)

0003

# GREENVILLE COUNTY SHERIFF'S OFFICE
## Supplemental Report

| | |
|---|---|
| Agency I.D. | SC0230000 |
| EC5 | 06/10/2024-13:48:15 |
| Ent: | rdowns 06/14/2024 02:23:11 |
| Case Number | 24000094126 |

- [ ] Original Report
- [ ] Status Change
- [ ] Additional Victims
- [ ] Additional Stolen Property
- [X] Supplemental Report
- [ ] Other Report
- [ ] Additional Defendants
- [ ] Additional Recovered Property

Incident Type: M017 - Disorderly Conduct (RTA)
Patrol District: 05A     Page 3 of 3 Pages

**I.D. OVERFLOW**
- [ ] Complainant
- [ ] Victim
- [ ] Subject
- [ ] Runaway
- [ ] Wanted
- [ ] Arrest
- [ ] Missing
- [ ] Jail
- [ ] Other

**NARRATIVE**

I advised Dispatch that I was in a foot pursuit and needed more units to head to my location. I noticed that Smith was running towards a car wash that had a fence beside it. Smith attempted to jump the fence but was unable to make it over. When Smith jumped off the fence in a quick manner and turned his body toward my direction, I attempted to grab Smith's arm, as he swung his arm away from me. During this time, I didn't have a backup deputy, and with Smith's actions appearing to want to "fight", I already had my county issued ASP baton out because Smith had made threats that if I placed my hands on him to arrest him "we would have problems". I told Smith to place his hands behind his back. Due to Smith continuing to show signs of actively wanting to fight after being told to place his hands behind his back, I delivered one strike to Smith's upper left thigh with the baton. I stated to Smith to place his hands behind his back. As I got into the proper stance to deliver another strike, Smith than placed his hands behind his back. During that time, I was able to place double-locking handcuffs on Smith and notified Dispatch that Smith was in custody. The baton was used to gain control of Smith, causing minimal injuries to his upper left thigh.

During the time I was notifying Dispatch, Deputy Fenner arrived and placed Smith into the back of her patrol vehicle. I notified Dispatch that I would need a medic at my location in reference to the use of force with a baton. I was informed that Deputy Hannon (M11), was en route to my location to provide medical aid for Smith.

While the medic was looking over Smith's injuries, I notified Dispatch that I was heading to bond court to obtain Smith's warrants for Disorderly Conduct and Resisting Arrest. Deputy Fenner advised me that she would transport Smith to the Detention Center once he was done being looked at by the Medic.

This case is cleared by arrest.

**ADMIN**

Subject Identified: [X] Yes  [ ] No
Subject Located: [X] Yes  [ ] No
[ ] Active  [ ] Admin Closed  [ ] Arrested Under 18  [ ] Ex-Cleared Under 18
[ ] Unfounded  [X] Arrested 18 and Over  [ ] Ex-Cleared 18 and Over

| Reporting Officer(s) | Date | Unit#/Star# | Approving Officer | Date | Unit#/Star# |
|---|---|---|---|---|---|
| TORRES, ALEXIS | 06/07/2024 | C35 / 02203 | LOVELESS, JOSEPH | 06/10/2024 | C03 / 01250 |

Follow Up Investigation: [ ] Yes  [X] No

0004

# GREENVILLE COUNTY SHERIFF'S OFFICE
## Supplemental Report

**Agency I.D.:** SC0230000  
EC5 06/10/2024-13:56:24  
Ent: rdowns 06/14/2024 02:25:33  
**Case Number:** 24000094126

| Field | Value |
|---|---|
| Report Type | ☒ Supplemental Report |
| Incident Type | M017 - Disorderly Conduct (RTA) |
| Patrol District | 05A |
| Page | 1 of 2 Pages |

### Subject Information
- ☒ Subject #1, ☒ Arrest
- **Subject's Name:** Smith, James Christopher
- **City:** Greenville **State:** SC **Zip:** 29605 **Patrol District:** 06
- **Ethnicity:** N **Resident:** J **Race:** B **Sex:** M **Age:** 48
- **Height:** 511 **Weight:** 180 **Hair:** Blk **Eyes:** Bro
- **Build:** Medium / Average, **Hairstyle:** Afro
- **Complaint of Non-Visible Injuries:** Red and purple marks from
- Using Alcohol: Unk; Using Drugs: No
- ☒ Arrested on Current Offense
- ☒ On View Arrest
- **Arrestee Armed:** No
- **Arrest Location:** 419 MAULDIN Rd GREENVILLE 29605
- **Gang Affiliation:** NG - Not Gang Related

### Overflow:
```
Show of Force: YES
Terrorist Affiliation: Not Terrorist related
Hate Group Affiliation: Not Hate Group related
Latitude: 34.801832 Longitude: -82.371532
INCIDENT TYPE: M093 - Resisting Arrest, OFFENSE COMPLETE: Y, FORCED ENTRY: N, PREMISE TYPE:
7 - Convenience Store/Gas Station, UNITS ENTERED: 0
------------------------------------------------
Smith, James Christopher: Subject 1
Subject Types: Suspect, Arrest

Physical Description
HAIRLENGTH: Shaved,
Charges
CHARGE 1: Disorderly Conduct TICKET #: 20241100438214 BOND AMOUNT: Jail
CHARGE 2: Resisting Arrest WARRANT #: 2024A2330205368 BOND AMOUNT: Jail
DL STATE/NUMBER: SC/0007239544
```

### Narrative:
While on separate incident involving the recovery of a stolen vehicle, Deputy Torres (C35) was on scene assisting. JAMES CHRISTOPHER SMITH, who was a passenger in the stolen vehicle, had been insistent earlier that he was being allowed to drive the listed stolen vehicle by Patricia. I had already spoken with Patricia who confirmed this information (For further in the recovery of the stolen vehicle where I changed the status to Unfounded, see supplemental report produced by this Deputy under case number 24-093183; For further in the arrest of the operator of the vehicle, see incident report 24-094095 produced by MD Humburg).

I approached the vehicle to speak with James. I was going to advise him that Patricia had to be brought to the incident location in order to physically recover her vehicle. Every time I went to explain this to James, he would become irate, interrupting me and refusing to listen. James called Patricia on the phone handing me the phone. I then stepped away from the vehicle while Deputy Torres (C35) stood by with James and another passenger of the vehicle identified as DANIEL MCCULLOUGH. James had exited the vehicle, and even from the distance I was from James, I could hear him using obscene and foul language loudly. James had already been warned earlier to calm down and stop using the loud obscene language in a

### Admin
- **Subject Identified:** Yes
- **Subject Located:** Yes
- ☒ Arrested 18 and Over
- **Reporting Officer:** WOODALL, DUSTIN **Date:** 06/08/2024 **Unit#/Star#:** C16 / 00803
- **Approving Officer:** LOVELESS, JOSEPH **Date:** 06/10/2024 **Unit#/Star#:** C03 / 01250
- Follow Up Investigation: No

0005

# GREENVILLE COUNTY SHERIFF'S OFFICE
## Supplemental Report

Agency I.D.: SC0230000
EC5 06/10/2024-13:56:24
Ent: rdowns 06/14/2024 02:25:33
Case Number: 24000094126

- [ ] Original Report
- [ ] Status Change
- [ ] Additional Victims
- [ ] Additional Stolen Property
- [x] Supplemental Report
- [ ] Other Report
- [ ] Additional Defendants
- [ ] Additional Recovered Property

Incident Type: M017 - Disorderly Conduct (RTA)
Patrol District: 05A
Page 2 of 2 Pages

Gang Affiliation: NG - Not Gang Related

### NARRATIVE

public place. When I turned towards them, I then saw Deputy Torres attempt to place handcuffs on James, advising him that he was under arrest for Public Disorderly Conduct. James refused to comply then fled on foot. Deputy Torres followed in pursuit of James. I had to remain with the recovered vehicle and Daniel. There were several Deputies right near the incident location who arrived quickly to assist Deputy Torres.

Deputy Torres advised that James was secured in handcuffs. Deputy Torres further advised me that she had to utilize a less-lethal GCSO issued intermediate weapon being her collapsible ASP baton. Deputy Torres advised that she suffered no injuries during the RTA/Arrest. Deputy Fenner (E59) transported the suspect back to the original incident location. Deputy Hannon (M11) was monitoring the incident over the radio and responded to the incident location to provide medical attention to James.

James was complaining that his left leg was hurting around his thigh. After lifting the left leg of the shorts up, I observed a contusion forming around the outer mid thigh area that appeared to be caused by the ASP baton strike. Deputy Torres confirmed that this was where she delivered the strike on James. No further medical attention was needed for James. He was allowed to drink water which was provided by Deputy Hannon.

Due to the RTA in this incident, I had Deputy Fenner transport James to the GCDC. Deputy Torres met Deputy Fenner at the GCDC to complete her charging documents.

### ADMIN

Subject Identified: [x] Yes [ ] No
Subject Located: [x] Yes [ ] No
[ ] Active  [ ] Admin Closed  [ ] Unfounded
[ ] Arrested Under 18  [x] Arrested 18 and Over
[ ] Ex-Cleared Under 18  [ ] Ex-Cleared 18 and Over

Reason For Exceptional Clearance: [ ] Offender Death [ ] No Prosecution [ ] Victim Declines Cooperation [ ] Extradition Denied [ ] Juvenile No Arrest

| Reporting Officer(s) | Date | Unit#/Star# | Approving Officer | Date | Unit#/Star# |
|---|---|---|---|---|---|
| WOODALL, DUSTIN | 06/08/2024 | C16 / 00803 | LOVELESS, JOSEPH | 06/10/2024 | C03 / 01250 |

Follow Up Investigation: [ ] Yes [x] No (Officer)

0006